Argued May 15, affirmed May 15, 1972

STATE OF OREGON, *Respondent, v.* LYLE
EDWARD RICHARDSON (No. 71-1428-C),
*Appellant.*
496 P2d 932

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued
the cause for respondent. With him on the brief were
Lee Johnson, Attorney General, and John W. Burgess,
Special Assistant Attorney General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
FORT, Judges.